# United States District Court
# For The Western District of North Carolina
# Asheville Division

WESLEY MARVIN MOORE,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:12cv32

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/21/2012 Order.

                                                  FRANK G. JOHNS, CLERK

                                                  Signed: September 21, 2012

_____
Frank G. Johns, Clerk
United States District Court